## WILLIAM PORTER Junior, Judge Advocate, *versus* TIMOTHY WAINWRIGHT.

The duties of a commanding officer of a division in the militia, and those of a briga-
dier-general, cannot be performed by the same person ; so that where a brigadier-
general, as commanding officer of the division, detailed one officer, and as briga-
dier-general, detailed another officer, to sit on a court martial, it was *held*, that
the court martial was illegally constituted and that its proceedings were void.

THIS was an action of debt to recover a fine imposed upon
the defendant by a court martial. It appeared, that during the

Porter
v.
Wainwright.

temporary absence of the major-general of the fourth division of the militia, the command devolved upon Brigadier-General Warner, and that Warner, as commanding officer of the division, detailed a brigadier-general, and as brigadier-general, detailed a lieutenant-colonel, to serve on the court martial ; and it was objected on the part of the defendant, that when the command of the division devolved upon Warner, he vacated, for the time, his office of brigadier-general, the duties of the two offices being incompatible ; that the lieutenant-colonel was therefore improperly detailed, and the court martial irregularly constituted ; and that consequently the sentence against the defendant was void and the action could not be maintained.

*Sept. 12th.*    The *Court* were of this opinion and nonsuited the plaintiff. See *St.* 1809, *c.*108, § 13, 31 ; [Revised Stat. *c.* 12, § 117 ;] *St.* 1821, *c.* 92, § 9 ; [Revised Stat. *c.* 12, § 101.]

*Porter, pro se.*

*Bishop* and *Sumner,* for the defendant.